*Mr. Sam P. Maddox* for petitioner.  *Mr. John D. Little, Mr. Arthur Gray Powell, Mr. Marion Smith* and *Mr. Max F. Goldstein* for respondent.

---

No. 613. HANS HEIDNER ET AL. *v.* ST. PAUL & TACOMA LUMBER COMPANY. January 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Mr. Guy E. Kelley* for petitioners. *Mr. J. T. S. Lyle* for respondent.

---

No. 706. DRUSILLA CARR ET AL. *v.* CHARLES H. STEBBINS ET AL. January 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. G. Ballard, Mr. Henry Warrum, Mr. Edward W. Felt* and *Mr. Frank P. Walsh* for petitioners. No appearance for respondents.

---

No. 712. JOHN C. WALTON *v.* STATE OF OKLAHOMA BY THE BOARD OF MANAGERS OF THE HOUSE OF REPRESENTATIVES OF THE STATE OF OKLAHOMA ET AL. January 21, 1924. Petition for a writ of certiorari to the Court of Impeachment of the State of Oklahoma denied. *Mr. Finis E. Riddle* and *Mr. Henry B. Martin* for petitioner. *Mr. George F. Short* and *Mr. J. D. Lydick* for respondents.

---

No. 741. HENRY F. MUELLER ET AL. *v.* SAMUEL W. ADLER ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. January 21, 1924. Petition for a writ of certiorari herein denied. *Mr. Ephrim Caplan* and *Mr. William J. Hughes,* for appellants, in support of the petition. No appearance for appellees.